## ANN V. FOOTE *v.* STEPHEN L. FOOTE
## (6382)

SPALLONE, NORCOTT and FOTI, Js.

Submitted on briefs September 20—decision released October 11, 1988

*Paul L. Bollo* filed a brief for the appellant (defendant).

*Sheldon A. Rosenbaum* filed a brief for the appellee (plaintiff).

PER CURIAM. There is no error.